**Order filed, August 27, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00619-CV
_____

**ASNAKE T. BELEHU, Appellant**

**V.**

**CAROLYN LAWNICZAK, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF DANIEL J. LAWNICZAK DECEASED, Appellee**

---

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-58115

---

## ORDER

The reporter's record in this case was due **August 09, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo Martinez**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM